```
Tyson M. Takeuchi, SBN 177419
LAW OFFICE OF TYSON M. TAKEUCHI
1100 Wilshire Blvd., Suite 2606
Los Angeles, CA 90017
Telephone: (213) 637-1566
Facsimile: (888) 977-6310

Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| In re: | ) ) Case No.: 14-90511-D-13G |
|---|---|
| Jemis M. Seporghan<br>Elizabeth Mansoor Seporghan | ) ) Chapter 13 |
| Debtors. | ) ) |
|  | ) ) Judge: Robert S. Bardwill<br>) ) Courtroom: 34; Department D |
| APPLICATION FOR CONVERSION FROM<br>CHAPTER 13 TO CHAPTER 7 | ) ) |

**DEBTOR'S JEMIS M. SEPORGHAN AND ELIZABETH MANSOOR SEPORGHAN
APPLICATION FOR CONVERSION FROM CHAPTER 13 TO CHAPETER 7**

**TO: RUSSELL GREER, TRUSTEE HEREIN AND ALL PARTIES OF INTEREST:**

1. Debtor's filed a voluntary petition for relief under Chapter 13 of the bankruptcy code on or around April 8, 2014.

2. Debtor's wish to convert their Chapter 13 Bankruptcy petition to Chapter 7.

3. The Debtor's have not filed a Chapter 7 Voluntary petition within the statutory time frame and qualify for Chapter 7 bankruptcy.

4. The Debtor's wish to convert their petition from Chapter 13 to Chapter 7 because they would not be able to meet their financial obligations under a Chapter 13 bankruptcy.

5. Debtor asks that the court grant this application to convert their Chapter 13 petition to a Chapter 7 voluntary petition.

Date: June 2, 2014                    Law Offices of Tyson Takeuchi

By _____
Tyson Takeuchi,
Attorney for Debtor's

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1100 Wilshire Blvd. #2606 Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): __Application For Conversion From Chapter 13 to Chapter _____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **6/2/14**_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/2/14 | Adrina Galstian | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Case 14-90511    Filed 06/02/14    Doc 31

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-9<br>Case 14-90511<br>Eastern District of California<br>Modesto<br>Mon Jun  2 11:23:59 PDT 2014 | Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street , Room 7-500<br>Sacramento, CA 95814-7304 | United States Bankruptcy Court<br>1200 I Street, Suite 4<br>Modesto, CA 95354-0836 |
| Account Control Technology<br>Po Box 8012<br>Canoga Park CA 91309-8012 | American Express<br>PO Box 981537<br>El Paso TX 79998-1537 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Amex<br>P o Box 981537<br>El Paso TX 79998-1537 | Amsher Collection Service<br>600 Beacon Pkwy West Ste 30<br>Birmingham AL 35209-3114 | Bank Of America<br>4060 Ogletown stanton Rd<br>Newark DE 19713 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bay Are C<br>Box 5914<br>Troy MI 48007-5914 | Cach Llc<br>4340 S Monaco 2nd Flr<br>Denver CO 80237-3485 |
| Capital Management Services<br>726 Exchange St Ste 700<br>Buffalo NY 14210-1464 | Centric Grp<br>1260 Andres Blvd<br>Sanit Louis MO 63132-1702 | Chase<br>Po Box 15298<br>Wilmington DE 19850-5298 |
| Chase- Cha<br>Po Box 7090<br>Mesa AZ 85216-7090 | Chase- Tjx<br>P o Box 15298<br>Wilmington DE 19850-5298 | Client Services Inc<br>3451 Harry Truman Blvd<br>Saint Charles MO 63301-9816 |
| Comenity Bank dressbrn<br>Po Box 182789<br>Columbus OH 43218-2789 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington DE 19850-5316 | ER Solutions<br>PO Box 1022<br>Wixom MI 48393-1022 |
| Eos Cca<br>700 Longwater Dr<br>Norwell MA 02061-1624 | Equifax Information Services LLC<br>PO Box 740256<br>Atlanta GA 30374-0256 | Experian<br>NCAC<br>PO Box 9556<br>Allen TX 75013 |
| Experian<br>Profile Maintenance<br>PO Box 9558<br>Allen TX 75013-9558 | Financial Credit Network<br>1300 W Main St<br>Visalia CA 93291-5825 | First Source Advantage Llc<br>205 Bryant Woods South<br>Amherst NY 14228-3609 |
| Fms Inc<br>PO Box 707601<br>Tulsa OK 74170-7601 | Franchise Tax Board<br>Personal Bankruptcy MS A340<br>PO Box 2952<br>Sacramento CA 95812-2952 | Fresno Bureau<br>PO Box 942<br>Fresno CA 93714-0942 |

Ge Money Bank Chevron
PO Box 981432
El Paso TX 79998-1432

Gecrb care Credit
C o Po Box 965036
Orlando FL 32896-5036

Gecrb gap
Po Box 965005
Orlando FL 32896-5005

Gecrb jcp
Po Box 965007
Orlando FL 32896-5007

Gecrb mervyn
4125 Windward Plaza
Alpharetta GA 30005-8738

Gecrb mervyns
4125 Windward Plaza
Alpharetta GA 30005-8738

Gecrb walmart
Po Box 965024
Orlando FL 32896-5024

Harold Scherr
1064 Greenwood Blvd Ste 328
Lake Mary FL 32746-5419

Hsbc gotts
Po Box 703
Wood Dale IL 60191-0703

IRS
Stop 8240g
Cincinnati OH 45250-5585

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

J C
Box 519
Sauk Rapids MN 56379-0519

J I Teamworks
651 N Cherokee Lane Suite B2
Lodi CA 95240-4267

James A West
6380 Rogerdale Rd Ste 130
Houston TX 77072-1624

Joana Smoth Bail Bonds
1202 H Street Suite E
Modesto CA 95354-2443

Khols Cap One
N56 17000 Ridgewood Drive
Menomonee Falls WI 53051

Lease Financ
233 N Michigan Ave Ste 1
Chicago IL 60601-5519

MRS Associates Inc
1930 Olney Ave
Cherry Hill NJ 08003-2016

Michael Sipes
9381 R Stockton Blvd Ste 116
Elk Grove CA 95624

Midland Credit
8875 Aero Dr Ste 200
San Diego CA 92123-2255

NCO Financial
Po Box 15537
Wilmington DE 19850-5537

Nafs
Po Box 9027
Williamsville NY 14231-9027

Nationwide Credit
2002 Summit Blvd Ste 600
Atlanta GA 30319-1559

Neuheisel Law Firm
2277 Fair Oaks Blvd Ste 305a
Sacramento CA 95825-5500

Newport Accept
13522 Newport Avenue Ste 10
Tustin CA 92780-3707

ObGYn
1729 N Olve Avenue Str 3
Turlock CA 95382

Pacific Credit Exchang
15760 Ventura Blvd Ste A
Encino CA 91436-3014

Pinnacle
Box 4115
Concord CA 94524-4115

(p) PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

| | | |
|---|---|---|
| Progressive Financial Services<br>1209 4th Ave South - Dept PRO<br>Nashville TN 37210-4107 | Resurgence Financial<br>4100 Commercial Avenue<br>Northbrook IL 60062-1833 | Sears Citibank<br>PO Box 6282<br>Sioux Falls SD 57117-6282 |
| Sears cbna<br>Po Box 6189<br>Sioux Falls SD 57117-6189 | Sears cbna<br>Po Box 6283<br>Sioux Falls SD 57117-6283 | Tate Kirlin<br>2810 Soughampton Road<br>Philadelphia PA 19154-1207 |
| Thd cbna<br>Po Box 6497<br>Sioux Falls SD 57117-6497 | Trans Union Corporation<br>Attn Public Records Department<br>555 W Adams St<br>Chicago IL 60661-3631 | Transunion Consumer Relations<br>PO Box 2000<br>Crum Lynne PA 19022-0000 |
| U S Dept Of Ed gsl atl<br>Po Box 4222<br>Iowa City IA 52244 | Us Dept Ed<br>Po Box 8422<br>Iowa IA 52245 | Us Dept Of Ed - Direct Loans<br>Po Box 5609<br>Greenville TX 75403-5609 |
| Us Dept Of Education<br>Attn Bankruptcy<br>61 Forsythe Street Room 19t89<br>Atlanta GA 30303-8928 | Vincent Frounjian<br>4001 W Alameda Avenue Ste 104<br>Burbank CA 91505-4338 | Vw Credit Inc<br>1401 Franklin Blvd<br>Libertyville IL 60048-4460 |
| Wells Fargo<br>One Home Campus X2302-041<br>Des Moines IA 50306 | Wells Fargo Bank<br>Po Box 31557<br>Billings MT 59107-1557 | West Asset Mgmt<br>7333 Tam Oshanter<br>Stockton CA 95210-3370 |
| Wfds wds<br>Po Box 1697<br>Winterville NC 28590-1697 | Wfhm<br>4101 Wiseman Blvd Mc-t<br>San Antonio TX 78251-4200 | Wfnnb Dress Barn<br>Box 182685<br>Columbus OH 43218-2685 |
| Elizabeth Mansoor Seporghan<br>4432 Callisto Lance<br>Turlock, CA 95382-8317 | Jemis M Seporghan<br>4432 Callisto Lance<br>Turlock, CA 95382-8317 | Russell D. Greer<br>PO Box 3051<br>Modesto, CA 95353-3051 |
| Tyson Takeuchi<br>1100 Wilshire Blvd #2606<br>Los Angeles, CA 90017-1964 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Po Box 168088<br>Irving TX 75016 | (d)American Honda Finance<br>Po Box 5025<br>San Ramon CA 94583 | (d)American Honda Finance Corporation<br>PO Box 168088<br>Irving TX 75016-8088 |
| Bank Of America<br>Po Box 982238<br>El Paso TX 79998 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia PA 19114-0326 | (d)Internal Revenue Service<br>PO Box 660002<br>Dallas TX 75266-0002 |
| Portfolio Recovery<br>120 Coroporate Blvd Ste 100<br>Norfolk VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.

End of Label Matrix
Mailable recipients    84
Bypassed recipients     1
Total                  85